AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

See Attached Penalty Sheet

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ JEROLD V. PAXTON

MAG

DISTRICT COURT NUMBER

CR 07 - 0702

E-filing

**PENALTY:**
Maximum Prison Term 1 year
Maximum Fine $100,000
Maximum Supervised Release 1 year
Mandatory Special Assessment $25

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

U.S. Park Rangers, National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}
SHOW DOCKET NO.

MAGISTRATE CASE NO.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**Penalty Sheet - U.S. v. Jerold Paxton**

Count 1 - 18 U.S.C. § 13, assimilating Cal. P.C. § 273(a) - Endangering the Welfare of Minor
(Class A Misdemeanor)

    Maximum Penalty: 1 year in jail
        $100,000 fine
        1 year supervised release
        $25 special assessment

Count 2 - 36 C.F.R. § 4.23(a)(1) - Driving Under the Influence of Alcohol
(Class B Misdemeanor)

    Maximum Penalty: 6 months in jail
        $5,000 fine
        1 year supervised release
        $10 special assessment

Count 3 - 36 C.F.R. § 4.23(a)(2) - Driving with a Blood Alcohol Content Above 0.08%
(Class B Misdemeanor)

    Maximum Penalty: 6 months in jail
        $5,000 fine
        1 year supervised release
        $10 special assessment

Count 4 - 36 C.F.R. § 4.22(b)(1) - Unsafe Operation of a Motor Vehicle
(Class B Misdemeanor)

    Maximum Penalty: 6 months in jail
        $5,000 fine
        1 year supervised release
        $10 special assessment

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )  CR 07 0702
                                     )
13            Plaintiff,             )  VIOLATIONS: 18 U.S.C. § 13,
                                     )  Assimilating Cal.P.C. § 273(a) -
14                                   )  Endangering the Welfare of a Minor (Class
                                     )  A Misdemeanor); 36 C.F.R. § 4.23(a)(1) -
15       v.                          )  Driving under the Influence of Alcohol
                                     )  (Class B Misdemeanor); 36 C.F.R.
16                                   )  4.23(a)(2) - Driving with a Blood Alcohol
    JEROLD V. PAXTON,                )  Content above 0.08% (Class B
17                                   )  misdeMeanor); 36 C.F.R. § 4.22(b)(1) -
                                     )  Unsafe Operation of a Motor Vehicle (Class
18            Defendant.             )  B Misdemeanor)
                                     )
19  _____  )  SAN FRANCISCO VENUE
20
21                            I N F O R M A T I O N
22
    The United States Attorney charges:
23
    COUNT ONE: 18 U.S.C. § 13 Assimilating Cal.P.C. §273(a) - Endangering the Welfare of a
24            Minor
25     On or about July 28, 2007, in the Northern District of California, within the boundaries of an
26  area administered by the National Park Service, the defendant,
27                              JEROLD V. PAXTON,
28  was in the custody and care of a minor, and willfully caused that child to be placed in a situation

INFORMATION

1  where his person or health may have been endangered, in violation of Title 18, United States
2  Code, Section 13, Assimilating California Penal Code Section 273(a).
3  COUNT TWO: 36 C.F.R. § 4.23(a)(1) - Driving under the Influence of Alcohol
4      On or about July 28, 2007, in the Northern District of California, within the boundaries of an
5  area administered by the National Park Service, the defendant,
6                                  JEROLD V. PAXTON,
7  did operate and was in actual physical control of a motor vehicle while under the influence of
8  alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code
9  of Federal Regulations, Section 4.23(a)(1).
10 COUNT THREE: 36 C.F.R. § 4.23(a)(2) - Driving with a Blood Alcohol Content above 0.08%
11     On or about July 28, 2007, in the Northern District of California, within the boundaries of an
12 area administered by the National Park Service, the defendant,
13                                 JEROLD V. PAXTON,
14 did operate and was in actual physical control of a motor vehicle while having at least 0.08
15 percent, by weight, of alcohol in his blood and breath, in violation of Title 36, Code of Federal
16 Regulations, Section 4.23(a)(2).
17 COUNT FOUR: 36 C.F.R. § 4.22(b)(1) - Unsafe Operation of a Motor Vehicle
18     On or about July 28, 2007, in the Northern District of California, within the boundaries of an
19 area administered by the National Park Service, the defendant,
20                                 JEROLD V. PAXTON,
21 did operate and was in actual physical control of a motor vehicle without due care or at a speed
22 greater than which is reasonable and prudent considering wildlife, traffic, weather, road and light
23 //
24 //
25 //
26 //
27 //
28 //

INFORMATION

conditions and road character, in violation of Title 36, Code of Federal Regulations, Section 4.22(b)(1).

DATED: 10/29/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION