SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

DEREK ANGELL
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0702 MAG |
| Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| JEROLD V. PAXTON, ) | |
| Defendant. ) | |

Based on the facts set forth in the Declaration of Derek Angell in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Jerold V. Paxton, 190 Edgemont Way, Inverness, California, 94937. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated:   11/15/07                                            /s/
                                                            WENDY THOMAS
                                                            Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 07 0702 MAG