SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

DEREK ANGELL
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0702 MAG |
| Plaintiff, ) | |
| ) | **DECLARATION OF DEREK ANGELL IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| v. ) | |
| JEROLD V. PAXTON, ) | |
| Defendant. ) | |

I, Derek Angell, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police and assigned to Criminal Investigations Branch for the Presidio Trust and Golden Gate National Recreational Area.

2. On July 28, 2007, while on patrol northbound on Limantour Road within the boundaries of Point Reyes National Seashore in the Northern District of California, an area administered by the National Park Service ("NPS"), Ranger Brian Lake ("Ranger Lake") observed a grey Chevrolet truck approaching him head-on in an attempt to pass another vehicle

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07 0702 MAG

over a double yellow center line at a high rate of speed.

3. Upon coming into view of the NPS patrol car, the driver of the truck abruptly returned to his lane, temporarily losing control of his vehicle and causing it to fishtail. In an effort to avoid a collision, Ranger Lake swerved into the dirt shoulder, effected a U-turn, and activated his emergency lights and siren.

4. Ranger Lake then witnessed the grey Chevrolet successfully pass the same vehicle over a double yellow center line at a high rate of speed. Ranger Lake caught up to the grey Chevrolet and pulled over its driver onto the shoulder.

5. Ranger Lake approached the driver, subsequently identified as Jerold V. Paxton, ("Paxton" or "the defendant") and noticed a strong odor of alcohol emanating from Paxton's person, saw that the defendant had bloodshot eyes, and noticed a slight slur to his speech. Paxton was identified by his California driver's license. When Ranger Lake asked whether he had been drinking, Paxton responded that he had consumed "one beer."

6. Ranger Lake noticed that there was a small child in the passenger seat of Paxton's truck. Shortly after the traffic stop, the driver of the car Paxton had passed approached, identified herself as Paxton's wife and mother of their six-year-old son, and took custody of the child. She then departed from the scene.

7. Ranger Lake contacted NPS Dispatch with Paxton's license information, and Dispatch reported that Paxton's license was suspended and that he was on probation in Marin County. Terms of Paxton's probation provided that he was not to consume alcohol or break any laws.

8. Based on Paxton's erratic driving and apparent condition, Ranger Lake conducted three standard Field Sobriety Tests on Paxton. Upon exiting his truck, Paxton immediately and continuously leaned against the truck for support. Ranger Lake administered the horizontal gaze nystagmus test, the walk and turn test, and the one leg stand test. Paxton failed two of the three tests. He then submitted to a field breath test which registered a breath alcohol content of .15%. Ranger Lake then placed Paxton under arrest and transported him to the Marin County Sheriff's Substation.

9. At the substation, Paxton submitted to two certified breath tests, which registered

1  breath alcohol contents of .15% and .16%.

2      10.  I declare under penalty of perjury that the foregoing is true and correct to the best of
3  my knowledge and belief.  Executed November 9, 2007, at San Francisco, California.

5  DATED:  11/09/07                    Respectfully submitted,

6                                         SCOTT N. SCHOOLS
                                       United States Attorney

8                                             /s/
                                       DEREK ANGELL
9                                         Law Clerk
                                       United States Attorney's Office