SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>         Plaintiff,                                  )<br>                                                              )<br>      v.                                                  )<br>                                                              )<br> JEROLD V. PAXTON,                        )<br>                                                              )<br>         Defendant.                             )<br>_____) | Case No. CR 07 0702 MAG<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Derek Angell, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Jerold V. Paxton, 190 Edgemont Way, Inverness, California, 94937 to appear on December 12, 2007, at 9:30 a.m. before the Honorable Magistrate Judge Maria-Elena James to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                      BERNARD ZIMMERMAN
                                                                      United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR  07 0702 MAG