AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**

DEC 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

_Northern_ DISTRICT OF _California_

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-813 WHA

I, _Antonio Rojas Bazan_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _12-21-07_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
           Judicial Officer
MARIA-ELENA JAMES