| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California  94102<br>Telephone: (415) 436-6809 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: wendy.thomas@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0702 MAG |
| Plaintiff, | ) ) ) | |
| | ) | **[PROPOSED]** **ORDER AND** |
| v. | ) ) | **STIPULATION EXCLUDING TIME FROM DECEMBER 21, 2007 TO** |
| | ) | **JANUARY 17, 2008** |
| JEROLD V. PAXTON, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

The parties appeared before the Honorable Maria Elena James on December 21, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 21, 2007 to January 17, 2008, in light of the need for defense counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

2.  Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED[ ORDER AND STIPULATION**
**EXCLUDING TIME CR 07-0702 MAG**

excluding the period from December 21, 2007 to January 17, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 21, 2007 to January 17, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 12/26/07

                          /s/
                GEOFFREY HANSEN
                Counsel for Larissa McCann

DATED: 12/26/07

                          /s/
                WENDY THOMAS
                Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED: 1/23/08

                THE HON. MARIA ELENA-JAMES
                United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION**
**EXCLUDING TIME CR 07-0702 MAG**   2