**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**FILED**
FEB 07 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Case Number: _CR-07-0702 MAG_

Defendant's Name: _Jerold Paxton_

Defense Counsel: _Geoff Hansen_

Sentencing Date: _5-15-07 @ 10:00_

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- [X] Presentence Investigation
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 18400, **before leaving** the Courthouse today to make necessary arrangements.

RICHARD W. WIEKING
Clerk

By: __BRENDA TOLBERT__
Deputy Clerk

C:     U.S. Probation

For Use of Courtroom Deputies:

Is defendant in custody? _N_

Is defendant English speaking? _Y_

Defendant's address: